## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **WILLIAM THEO WHITE** | **CIVIL ACTION NO. 16-1074-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **MAJOR JOHN R. LEWIS, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Record Document 9), and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED** with prejudice in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A. The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, on this the 26th day of June, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE